UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAIJAH JACKSON,<br><br>              Plaintiff,<br><br>     v.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>              Defendants. | Case No.  2:23-cv-01795-CDS-EJY<br><br>**ORDER** |

According to the Clark County Detention Center ("CCDC") inmate database, Plaintiff is no longer incarcerated, and Plaintiff has not filed an updated address with this Court in violation of U.S. District Court for the District of Nevada Local Rule IA 3-1.  This Rule states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number.  The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  In light of the foregoing, the Court grants Plaintiff time to file his updated address.

Additionally, the Court denies the application to proceed *in forma pauperis* for inmates (ECF No. 1) as moot because Plaintiff is no longer incarcerated.  The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by February 22, 2024, or pay the filing fee of $402.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **February 22, 2024**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmates (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **February 22, 2024**, Plaintiff will either: (1) file a complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this case will be subject to dismissal without prejudice.

DATED this 23rd day of January 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE